1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MOTHER, LLC,

                Plaintiff,

       v.

L.L. BEAN, INC.,

                Defendant.

Case No.  C06-5540JKA

ORDER

The Court, having reviewed the record, does hereby find and ORDER:

The motions in limine will be considered by the court at the pretrial conference scheduled for Thursday, August, 2007 at 9:30 a.m.  Accordingly, **any response or opposition to the motions in limine shall be filed by no later than Wednesday, August 29, 2007**.

DATED this 24th day of August, 2007.

*/s/ J. Kelley Arnold*
J. KELLEY ARNOLD
United States District Magistrate Judge