Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MOTHER, LLC,<br><br>    Plaintiff,<br><br> v.<br><br>L. L. BEAN, Inc.,<br><br>    Defendant. | NO. C06–5540JKA<br><br>**ORDER GRANTING L. L. BEAN'S FIRST MOTION *IN LIMINE* (CUSTOMER CONFUSION EVIDENCE)** |

  Having considered all materials submitted in support of and in response to L. L. Bean's first motion *in limine*, as well as the files and records herein, the Court ORDERS that L. L. Bean's first motion *in limine* is GRANTED.

               SO ORDERED.

Dated: August 30, 2007.     */s/ J. Kelley Arnold*
                 Honorable J. Kelley Arnold
                 Chief United States Magistrate Judge

BRANN & ISAACSON
P.O. Box 3070, 184 Main Street
Lewiston, Maine 04243
(207) 786–3566