Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MOTHER, LLC,<br><br>                    Plaintiff,<br><br>     v.<br><br>L. L. BEAN, Inc.,<br><br>                    Defendant. | NO. C06–5540JKA<br><br>**ORDER ON**<br>**L. L. BEAN'S THIRD MOTION *IN***<br>***LIMINE* (MOTHER RELATIONSHIP**<br>**WITH MANUFACTURER)** |

    Having considered all materials submitted in support of and in response to L. L. Bean's third motion *in limine*, as well as the files and records herein, the Court ORDERS as follows on L. L. Bean's third motion *in limine*: **The Court will allow testimony that the relationship was terminated as to who and when, nothing more.**

SO ORDERED.

Dated: August 30, 2007         /s/ J. Kelley Arnold
                                                  Honorable J. Kelley Arnold
                                                  Chief United States Magistrate Judge

BRANN & ISAACSON
P.O. Box 3070, 184 Main Street
Lewiston, Maine 04243
(207) 786–3566