Honorable J. Kelley Arnold

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| MOTHER, LLC,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>L. L. BEAN, Inc.,<br><br>　　　　　Defendant. | NO. C06–5540JKA<br><br>**ORDER GRANTING<br>L. L. BEAN'S FOURTH MOTION *IN LIMINE* (MOTHER RELATIONSHIP WITH MANUFACTURER)** |

Having considered all materials submitted in support of and in response to L. L. Bean's fourth motion *in limine*, as well as the files and records herein, the Court ORDERS that L. L. Bean's fourth motion *in limine* is GRANTED.

SO ORDERED.

Dated: August 30, 2007　　　　　　　/s/ J. Kelley Arnold
　　　　　　　　　　　　　　　　　　Honorable J. Kelley Arnold
　　　　　　　　　　　　　　　　　　Chief United States Magistrate Judge

Order Granting L. L. Bean's
Fourth Motion *in Limine* – 1 of 1

BRANN & ISAACSON
P.O. Box 3070, 184 Main Street
Lewiston, Maine 04243
(207) 786–3566