UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

MOTHER, LLC,

           Plaintiff,

   v.

L. L. BEAN, Inc.,

           Defendant.

Case No.  C06-5540JKA

ORDER GRANTING L. L. BEAN'S MOTION TO FIX AWARD OF ATTORNEYS' FEES

     Pursuant to the Court's August 7, 2007, Order (the "Sanctions Order") (Doc. No. 51) granting the second motion of the defendant, L. L. Bean, Inc. ("L. L. Bean"), for discovery sanctions (the "Sanctions Motion"), L. L. Bean has moved the Court to fix the amount of the award of expenses, costs, and attorneys' fees (the "fee award") to be paid by the plaintiff, Mother, LLC ("Mother"), to L. L. Bean as a sanction for its discovery misconduct.  Plaintiff does not oppose the motion, and has informed the court that it is sending a check for the amount of fees asked.  Accordingly, the Court ORDERS that L. L. Bean's motion to fix the amount of the fee award is GRANTED.  In furtherance of the Court's August 7, 2007, Sanctions Order, L. L. Bean is awarded sanctions in the total sum of $5,172.00.

     DATED this Thursday, September 13, 2007.

                                       */s/ J. Kelley Arnold*
                                       J. Kelley Arnold
                                       United States Magistrate Judge