THE HONORABLE J. KELLEY ARNOLD

**UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA**

| | |
|---|---|
| MOTHER, LLC,<br><br>                    Plaintiff,<br><br>    v.<br><br>L.L. BEAN, Inc.,<br><br>                    Defendant. | NO.  C06-5540JKA<br><br>JUDGMENT IN FAVOR OF DEFENDANT |

On Wednesday, September 19, 2007, at the close of Plaintiff's case in chief, the court excused the jury and Defendant moved for a directed verdict. Defendant argued Plaintiff had failed to present sufficient evidence for the jury to find Defendant liable on Plaintiff's causes of action. Having considered the motion and the evidence presented during trial up to that point, the court agreed. Defendant's motion for directed verdict was GRANTED.

Judgment is hereby entered in favor of Defendant.

Dated this 24th Day of September, 2007.

_____

*/s/ J. Kelley Arnold*
U.S. Magistrate Judge